ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION,<br><br>                              Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as administrator, United States Environmental Protection Agency,<br><br>                              Respondents. | Case No. 24-1376 |

On Petition for Review of Final Action of the United States
Environmental Protection Agency

**NOTICE OF INTENT TO PARTICIPATE AS AMICUS
CURIAE AND OF WITHDRAWAL OF
MOTION TO INTERVENE**

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), the undersigned states ("State Amici") hereby notify the Court of their intent to file a brief as amici curiae in support of respondent Environmental Protection Agency in the above-captioned cases. State Amici will file a brief that complies

1

with the applicable requirements of FRAP 29(a), Circuit Rule 29(b), and any briefing schedule established by the Court.

State Amici provide further notice of their withdrawal of their motion to intervene in this matter filed on January 13, 2025 (ECF# 2093844).

Dated: January 13, 2025     Respectfully submitted,

FOR THE STATE OF
NEW YORK

LETITIA JAMES
Attorney General

*/s/ Sarah Kam*

By: _____
BARBARA D. UNDERWOOD
Solicitor General
JUDITH VALE
Deputy Solicitor General
MICHAEL J. MYERS
Senior Counsel
CHANNING JONES
SARAH KAM
LAURA MIRMAN-HESLIN
Assistant Attorneys General
Environmental Protection
 Bureau
28 Liberty Street, 19th Floor
(212) 416-8465
Sarah.Kam@ag.ny.gov

| FOR THE STATE OF CALIFORNIA | FOR THE STATE OF CONNECTICUT |
|---|---|
| ROB BONTA<br>Attorney General | WILLIAM TONG<br>Attorney General |
| By: */s/ Dije Ndreu*<br>_____<br>ABIGAIL BLODGETT<br>Supervising Deputy Attorney General<br>DIJE NDREU<br>ASHLEY WERNER<br>Deputy Attorneys General<br>1515 Clay St., 20th floor<br>Oakland, CA 94612<br>Tel: (510) 879-0852<br>Dije.Ndreu@doj.ca.gov | By: */s/ Kaelah M. Smith*<br>_____<br>KAELAH M. SMITH<br>Assistant Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>kaelah.smith@ct.gov |
| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MARYLAND |
| KWAME RAOUL<br>Attorney General | ANTHONY G. BROWN<br>Attorney General |
| By: */s/ Jason E. James*<br>_____<br>MATTHEW J. DUNN<br>Chief, Environmental Enf./Asbestos Litigation Div.<br>JASON E. JAMES<br>Assistant Attorney General<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov | By: */s/ Steven J. Goldstein*<br>_____<br>STEVEN J. GOLDSTEIN<br>Special Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us |

| FOR THE COMMONWEALTH OF MASSACHUSETTS | FOR THE STATE OF MINNESOTA |
|---|---|
| ANDREA CAMPBELL<br>Attorney General | KEITH ELLISON<br>Attorney General |
| By: */s/ Turner Smith*<br>_____<br>TURNER SMITH<br>Deputy Bureau Chief<br>LOUIS DUNDIN<br>Deputy Division Chief<br>BRIAN CLAPPIER<br>Assistant Attorney General<br>Energy & Environment Bureau<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 963-2782<br>Turner.Smith@mass.gov | By: */s/ Peter N. Surdo*<br>_____<br>PETER N. SURDO<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, Minnesota 55101<br>651.757.1061<br>Peter.Surdo@ag.state.mn.us |

| FOR THE STATE OF NORTH CAROLINA | FOR THE STATE OF WISCONSIN |
|---|---|
| JEFF JACKSON<br>Attorney General | JOSHUA L. KAUL<br>Attorney General |
| */s/ Asher P. Spiller*<br>By: _____<br>ASHER P. SPILLER<br>Special Deputy Attorney General<br>ASHTON H. ROBERTS<br>Assistant Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>(919) 716-6400<br>Aspiller@ncdoj.gov<br>Ahroberts@ncdoj.gov | */s/ Bradley J. Motl*<br>By: _____<br>BRADLEY J. MOTL<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 267-0505<br>motlbj@doj.state.wi.us |
| FOR THE DISTRICT OF COLUMBIA | |
| BRIAN L. SCHWALB<br>Attorney General | |
| */s/ Caroline S. Van Zile*<br>By: _____<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice of Intent to Participate as Amicus Curiae and Withdrawal of Motion to Intervene have been served through the Court's CM/ECF system on all registered counsel this 30th day of January, 2025.

*/s/ Sarah Kam*
_____
SARAH KAM