ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as administrator, United States Environmental Protection Agency,<br><br>Respondents. | Case No. 24-1376 |

On Petition for Review of Final Action of the United States Environmental Protection Agency

**MOTION TO WITHDRAW MOTION FOR LEAVE TO INTERVENE AS RESPONDENTS**

The undersigned states ("State Amici") hereby file this motion to withdraw their motion to intervene in this matter filed on January 13, 2025 (ECF# 2093844).

Dated: January 31, 2025 Respectfully submitted,

FOR THE STATE OF
NEW YORK

LETITIA JAMES
Attorney General

*/s/ Sarah Kam*

By: ________________________
BARBARA D. UNDERWOOD
Solicitor General
JUDITH VALE
Deputy Solicitor General
MICHAEL J. MYERS
Senior Counsel
CHANNING JONES
SARAH KAM
LAURA MIRMAN-HESLIN
Assistant Attorneys General
Environmental Protection
Bureau
28 Liberty Street, 19th Floor
(212) 416-8465
Sarah.Kam@ag.ny.gov

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

By: */s/ Dije Ndreu*
ABIGAIL BLODGETT
Supervising Deputy Attorney General
DIJE NDREU
ASHLEY WERNER
Deputy Attorneys General
1515 Clay St., 20th floor
Oakland, CA 94612
Tel: (510) 879-0852
Dije.Ndreu@doj.ca.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

By: */s/ Kaelah M. Smith*
KAELAH M. SMITH
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
kaelah.smith@ct.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

By: */s/ Jason E. James*
MATTHEW J. DUNN
Chief, Environmental Enf./Asbestos Litigation Div.
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General

By: */s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA CAMPBELL
Attorney General

*/s/ Turner Smith*

By: ________________________
TURNER SMITH
Deputy Bureau Chief
LOUIS DUNDIN
Deputy Division Chief
BRIAN CLAPPIER
Assistant Attorney General
Energy & Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2782
Turner.Smith@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Peter N. Surdo*

By: ________________________
PETER N. SURDO
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street
Town Square Tower Suite 1400
Saint Paul, Minnesota 55101
651.757.1061
Peter.Surdo@ag.state.mn.us

FOR THE STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney General

By: */s/ Asher P. Spiller*
_________________________
ASHER P. SPILLER
Special Deputy Attorney General
ASHTON H. ROBERTS
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6400
Aspiller@ncdoj.gov
Ahroberts@ncdoj.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General

By: */s/ Caroline S. Van Zile*
_________________________
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General

By: */s/ Bradley J. Motl*
_________________________
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
motlbj@doj.state.wi.us

## CERTIFICATE AS TO PARTIES AND AMICI

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), I hereby certify the parties and amici are as follows:

In case 24-1376, the petitioner is American Water Works Association. The respondent is the United States Environmental Protection Agency. Newburgh Clean Water Project, Natural Resource Defense Council, and Sierra Club have filed a motion to intervene in support of respondent.

There are no amici that have appeared in the litigation.

*/s/ Sarah Kam*

SARAH KAM

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that the motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 25 words, excluding the parts of the motion exempted under Fed. R. App. P. 32(f), according to the count of Microsoft Word.

*/s/ Sarah Kam*
_________________________
SARAH KAM

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Motion to Withdraw Motion for Leave to Intervene as Respondents have been served through the Court's CM/ECF system on all registered counsel this 31st day of January, 2025.

*/s/ Sarah Kam*

SARAH KAM