# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1376**                      **September Term, 2024**

EPA-89FR86418

Filed On: February 19, 2025 [2101495]

American Water Works Association,

       Petitioner

     v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

       Respondents

## O R D E R

Upon consideration of the States' motion to withdraw its motion for leave to intervene as respondents, and respondents' unopposed motion to hold case in abeyance for 60 days, it is

**ORDERED** that the motion to withdraw be granted, and the motion for leave to intervene filed by the States be deemed withdrawn. It is

**FURTHER ORDERED** that the motion to hold in abeyance be granted, and this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by April 21, 2025.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                       BY:     /s/
                              Catherine J. Lavender
                              Deputy Clerk