# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1376** | **September Term, 2024** |
| | **EPA-89FR86418** |

**Filed On: May 2, 2025** [2114114]

American Water Works Association,

      Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Respondents

## O R D E R

Upon consideration of the unopposed motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by July 1, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                            BY:    /s/
                                              Catherine J. Lavender
                                              Deputy Clerk