# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1376             September Term, 2024

EPA-89FR86418

Filed On: July 3, 2025 [2123816]

American Water Works Association,

        Petitioner

        v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

## O R D E R

Upon consideration of the unopposed motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by August 4, 2025.

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                         BY:      /s/
                                             Catherine J. Lavender
                                             Deputy Clerk