**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN WATER WORKS ASSOCIATION, | ) ) ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) | Case No. 24-1376 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) | |
| *Respondents*. | ) ) | |

_____

**JOINT MOTION TO LIFT THE ABEYANCE AND SET A BRIEFING
SCHEDULE**

Petitioner American Water Works Association and Respondents U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, Administrator of the EPA, respectfully move the Court to lift the abeyance and establish a briefing schedule concerning this action, which challenges an EPA action entitled "National Primary Drinking Water Regulations for Lead and Copper: Improvements (LCRI)." 89 Fed. Reg. 86418 (Oct. 30, 2024).[1]

_____

[1] Newburgh Clean Water Project, Natural Resources Defense Council, and Sierra Club moved to intervene in defense of the challenged rule on December 20, 2024. ECF No. 2090841. The Court has not decided that motion, but if granted, the briefing schedule proposes a deadline for movant-intervenors' brief. Potential

| Filing | Due Date |
|---|---|
| Petitioner's opening brief | September 12, 2025 |
| Respondents' brief | December 5, 2025 |
| Respondent-Intervenors' brief (if motion to intervene is granted) | December 23, 2025 |
| Petitioner's reply brief | January 16, 2026 |
| Joint appendix | January 23, 2026 |
| Final form briefs | January 30, 2026 |

DATED:  August 4, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

Of Counsel:
LESLIE DARMAN
KATIE SPIDALIERI
U.S. Environmental Protection Agency
Office of General Counsel

*/s/ Sarah Izfar*
SARAH IZFAR
U.S. Department of Justice
Environmental Defense Section
150 M St. NE
Washington, D.C. 20002
(202) 532-3050
sarah.izfar@usdoj.gov

*Counsel for Respondents*

---

Intervenors agree to the proposed schedule but reserve their rights, if their motion to intervene is granted, to seek to modify the schedule if circumstances warrant, such as if EPA does not fully defend the LCRI.

*/s/ Corinne V. Snow*
Corinne V. Snow
Hannah Flesch
Aaron Silberman
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6622
Fax: (917) 879-8998
Email: csnow@velaw.com
Email: hflesch@velaw.com
Email: asilberman@velaw.com

*Counsel for Petitioner American
Water Works Association*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 195 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Sarah Izfar*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I filed the foregoing using the

Court's CM/ECF system, which will electronically serve all counsel of record

registered to use the CM/ECF system.

*/s/ Sarah Izfar*