# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1376** | **September Term, 2025** |
| | EPA-89FR86418 |
| | Filed On: October 23, 2025 [2141870] |

American Water Works Association,

       Petitioner

      v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Natural Resources Defense Council, et al.,
       Intervenors

## **O R D E R**

Upon consideration of the joint motion to extend deadlines in August 27, 2025, scheduling order during the lapse of appropriations, it is

**ORDERED** that the motion be granted and this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                      BY:   /s/
                             Scott H. Atchue
                             Deputy Clerk