ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
AMERICAN WATER WORKS          )
ASSOCIATION,                                )
                                                    )
      *Petitioner*,                             )
                                                    )
      v.                                             )   Case No. 24-1376
U.S. ENVIRONMENTAL PROTECTION )
AGENCY, et al.,                              )
                                                    )
      *Respondents*.                       )
_____)

**JOINT MOTION TO GOVERN AND SET A BRIEFING SCHEDULE**

The parties Petitioner American Water Works Association, Respondents U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, Administrator of the EPA, and Intervenors Newburgh Clean Water Project, Natural Resources Defense Council, and Sierra Club submit this motion to govern in accordance with this Court's October 23, 2025 order suspending the August 27, 2025 briefing schedule, ECF No. 2132323, and directing the parties to submit motions to govern 10 days after the restoration of appropriations. ECF No. 2141870. On September 12, 2025, Petitioner filed its opening briefing. ECF No. 2134752. However, a few weeks later, the appropriations that funded the Department of Justice lapsed, which prevented DOJ counsel from continuing to work on this litigation. ECF No.

2141629. Now that appropriations are restored, the parties respectfully move the Court to set the following briefing schedule to complete briefing:

| **Filing** | **Due Date** |
|---|---|
| Respondents' brief | February 20, 2026 |
| Respondent-Intervenors' brief | March 13, 2026 |
| Amicus Curiae for the Respondents' brief | March 13, 2026 |
| Petitioner's reply brief | April 3, 2026 |
| Joint appendix | April 10, 2026 |
| Final form briefs | April 17, 2026 |

DATED: November 24, 2025

Of Counsel:
LESLIE DARMAN
KATIE SPIDALIERI
U.S. Environmental Protection Agency
Office of General Counsel

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Attorney General

/s/ Sarah Izfar
SARAH IZFAR
U.S. Department of Justice
Environmental Defense Section
150 M St. NE
Washington, D.C. 20002
(202) 532-3050
sarah.izfar@usdoj.gov

*Counsel for Respondents*

/s/ Corinne V. Snow
Corinne V. Snow
Hannah Flesch
Aaron Silberman
VINSON & ELKINS LLP

2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6622
Fax: (917) 879-8998
Email: csnow@velaw.com
Email: hflesch@velaw.com
Email: asilberman@velaw.com

*Counsel for Petitioner American Water Works Association*

*/s/ Jared J. Thompson*
Jared J. Thompson
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

Erik D. Olson
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-2415
eolson@nrdc.org

Karen Chen
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-8261
kchen@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

*/s/ Suzanne Novak*
Suzanne Novak
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
snovak@earthjustice.org

Molly Prothero
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 770-3974
mprothero@earthjustice.org

*Counsel for Petitioners Newburgh Clean Water Project and Sierra Club*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 190 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f).  The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

<i>/s/ Sarah Izfar</i>

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<i>/s/ Sarah Izfar</i>