# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 24-1376 September Term, 2025

EPA-89FR86418

Filed On: November 25, 2025 [2147314]

American Water Works Association,

    Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Natural Resources Defense Council, et al.,
    Intervenors

## O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and this case be removed from abeyance and returned to the court's active docket. It is

**FURTHER ORDERED** that the following briefing schedule apply in this case:

| | |
|---|---|
| Respondents' Brief | February 20, 2026 |
| Amicus Curiae for Respondents' Brief | March 13, 2026 |
| Intervenor for Respondents' Brief | March 13, 2026 |
| Petitioner's Reply Brief | April 3, 2026 |
| Deferred Appendix | April 10, 2026 |
| Final Briefs | April 17, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk