# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1376**                    **September Term, 2025**

**EPA-89FR86418**

**Filed On: March 25, 2026** [2165623]

American Water Works Association,

      Petitioner

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

-------------------------------

Natural Resources Defense Council, et al.,
      Intervenors

## O R D E R

Upon consideration of the motion of the American Academy of Pediatrics, et al. for leave to participate as amici curiae in support of respondent and respondent-intervenors, and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged brief amici curiae.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Michael C. McGrail
                Deputy Clerk