**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 30, 2026**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents,*<br><br>and<br><br>NEWBURGH CLEAN WATER PROJECT, et al.,<br><br>*Respondent-Intervenors.* | No. 24-1376 |

**JOINT MOTION CONCERNING ORAL ARGUMENT FORMAT**

Petitioner, Government Respondents, and Respondent-Intervenors respectfully move to establish an oral argument format in the above-captioned case that allocates each side 20 minutes for oral argument, to be divided between no more than two attorneys per side. *See* D.C. Cir. Rule 34(c)-(d).

In 2024, Respondent U.S. Environmental Protection Agency ("EPA") promulgated a rule that updated its regulation of lead in drinking water and, among

other provisions, required the removal of lead water service lines over a ten-year period. *See* 89 Fed. Reg. 86,418 (Oct. 30, 2024). Petitioner's challenge to that rule involves important issues regarding the extent of EPA's authority under the Safe Drinking Water Act to regulate public water systems, the adequacy and accuracy of the agency's analyses in the administrative record, and the appropriate remedy, if any.

Allowing 20 minutes per side will assist the Court in its assessment of these issues. The additional time will benefit the Court by allowing sufficient time for it to hear argument in defense of the rule from both Government Respondents and Respondent-Intervenors, who bring a distinct perspective as representatives of communities impacted by lead in drinking water. The significant amount of amicus briefing in this case—five amicus briefs from a total of seven organizational amici and seventeen state amici—also demonstrates the substantial public interest in the challenged rule and supports granting additional time beyond this Court's typical allocation of 15 minutes per side.

For the foregoing reasons, the parties respectfully request that the Court allocate 20 minutes per side for oral argument.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Suzanne Novak*
Suzanne Novak
Nicholas Loh
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
snovak@earthjustice.org
nloh@earthjustice.org

Molly Prothero
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 770-3974
mprothero@earthjustice.org

*Counsel for Respondent-Intervenors Newburgh Clean Water Project and Sierra Club*

*/s/ Corinne Snow*
Corinne V. Snow
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6622
Email: csnow@velaw.com

*Counsel for Petitioner American Water Works Association*

*/s/ Jared J. Thompson*
Jared J. Thompson
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

Karen Chen
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-8261
kchen@nrdc.org

*Counsel for Respondent-Intervenor Natural Resources Defense Council*

*/s/ Sarah Izfar*
SARAH IZFAR
*Senior Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 532-3050
sarah.izfar@usdoj.gov

*Counsel for Respondents U.S. Environmental Protection Agency and Lee M. Zeldin, Administrator of the U.S. Environmental Protection Agency*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

I hereby certify that the foregoing Motion contains 253 words, excluding the items listed in Fed. R. App. P. 32(f), and was composed in Times New Roman font, 14-point. The motion complies with applicable type-volume and typeface requirements. Fed. R. App. P. 32(a)(5)-(6); Fed. R. App. P. 27(d)(2).

DATED: August 28, 2026

*/s/ Jared J. Thompson*

Jared J. Thompson
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

*Counsel for Respondent-Intervenor*
*Natural Resources Defense Council*

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of August, 2026, the foregoing Motion was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the D.C. Circuit, which will provide electronic notice to all counsel of record.

DATED: August 28, 2026

*/s/ Jared J. Thompson*

Jared J. Thompson
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

*Counsel for Respondent-Intervenor Natural Resources Defense Council*