# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1376** **September Term, 2026**

**EPA-89FR86418**

**Filed On: September 16, 2026** **[2193307]**

American Water Works Association,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Respondents

------------------------------

Natural Resources Defense Council, et al.,
Intervenors

## O R D E R

Upon consideration of the joint motion concerning oral argument format, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of this case scheduled for September 30, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 20 Minutes |
| Respondents | - | 20 Minutes |

The panel considering this case will consist of Circuit Judges Henderson, Millett, and Wilkins.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 18, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)