# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1376** **September Term, 2026**

**EPA-89FR86418**

**Filed On: September 22, 2026** [2194422]

American Water Works Association,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Respondents

------------------------------

Natural Resources Defense Council, et al.,
Intervenors

**O R D E R**

It is **ORDERED**, on the court's own motion, that Circuit Judges Millett and Wilkins, and Senior Circuit Judge Randolph now constitute the panel assigned to hear this case, which is scheduled for oral argument on September 30, 2026, at 9:30 A.M.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk