# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1376** **September Term, 2026**

**EPA-89FR86418**

**Filed On: September 30, 2026** **[2195652]**

American Water Works Association,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Respondents

------------------------------

Natural Resources Defense Council, et al.,
Intervenors

**BEFORE:** Circuit Judges Millett and Wilkins, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, September 30, 2026 at 9:31 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Corinne V. Snow, counsel for Petitioner.

Sarah Izfar (DOJ), counsel for Respondents.

Jared Thompson, counsel for Intervenors.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk